UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

US BANK NATIONAL ASSOCIATION, as Trustee for Credit Suisse First Boston CSFB 2005-11,

    Plaintiff,

v.                          Case No.:  2:24-cv-452-JES-KCD

GREGORY B. MYERS, BARBARA ANN KELLY, UNKNOWN SPOUSE OF BARBARA ANN KELLY, SUNTRUST BANK, NAVY FEDERAL CREDIT UNION, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, TENANT '35;1, TENANT '35;2, TENANT '35;3, AND TENANT '35;4 and ALL UNKNOWN CLAIMANTS,

    Defendants.

| **Judge:** | Kyle C. Dudek | **Counsel for Plaintiff** | Kristia M. Bared |
|---|---|---|---|
| **Deputy Clerk:** | Courtney Ward | **Counsel for Defendant:** | Myers and Kelly, Pro Se |
| **Court Reporter** | Digital | **Interpreter** | |
| **Date/Time** | July 1, 2024 09:30 AM | **Total Time** | 9:30-9:35 |

**Zoom Rule 16(b) Conference**

Counsel nor Defendants appear.

The Court will sanction all parties involved for non-appearance.

9:35 AM – hearing adjourns.