UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

US BANK NATIONAL
ASSOCIATION, as Trustee for
Credit Suisse First Boston CSFB
2005-11,

    Plaintiff,

v.                                                 Case No.:  2:24-cv-452-JES-KCD

GREGORY B. MYERS, BARBARA
ANN KELLY, UNKNOWN
SPOUSE OF BARBARA ANN
KELLY, SUNTRUST BANK,
NAVY FEDERAL CREDIT
UNION, FIDELITY AND
DEPOSIT COMPANY OF
MARYLAND, TENANT '35;1,
TENANT '35;2, TENANT '35;3,
AND TENANT '35;4 and ALL
UNKNOWN CLAIMANTS,

    Defendants.
_____/

## ORDER

This matter was set for a Rule 16 hearing on July 1, 2024, in Courtroom 4E. Neither party who entered an appearance showed for the hearing. Accordingly, within fourteen days of this order, Plaintiff US Bank and Defendants Gregory Myers and Barbara Myers **MUST SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**.

**ORDERED** in Fort Myers, Florida this July 1, 2024.

2

_____
Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record